

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00657-CV

In the **INTEREST OF U.B., R.B., and B.B.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02670
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Final Order of Termination signed September 26, 2013, is AFFIRMED.

No costs are assessed because appellant is indigent.

SIGNED February 5, 2014.

_____
Luz Elena D. Chapa, Justice